# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00178-SI |
| v. | INFORMATION |
| DAVID LEE CANNON, | 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | Forfeiture Allegation |

### THE UNITED STATES ATTORNEY CHARGES:

### Count 1
### (Possession of Child Pornography)
### (18 U.S.C. § 2252A(a)(5)(B))

Beginning no later than March 2, 2024, and continuing until on or about April 3, 2024, in the District of Oregon, defendant **DAVID LEE CANNON**, having previously been convicted of sexual abuse in the first degree in violation of Oregon Revised Statute § 163.427, knowingly and unlawfully possessed material containing child pornography that had been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, said images including a depiction of a prepubescent minor or a minor who had not attained twelve (12) years of age;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### Forfeiture Allegation

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense described above in Count 1 of this information, defendant **DAVID LEE CANNON** shall forfeit to the United States any and all matter that contains visual depictions of minors engaging in sexually explicit conduct, any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the violations alleged in those counts, or any property, real or personal, constituting or traceable to proceeds of those offenses.

Dated this 28th day of April 2025.            Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Mira Chernick*_____
MIRA CHERNICK, MASB #696845
Assistant United States Attorney